Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR.S. 07-449 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER RE JUDGMENT AND SENTENCING |
| vs. | ) Court:  Hon. Morrison C. England |
|  | ) Time:   9:00 a.m. |
|  | ) Date:   October 30, 2008 |
| Jasmin Butts, et. al. | ) |
| Defendants | |

Defendant Jasmin Butts was previously scheduled to be sentenced on October 2, 2008.  She is in the process of providing some additional information to the probation office.  The parties therefore request that her judgment and sentencing be continued to October 30, 2008 if that is available with the Court. The parties request the following schedule:

    Informal Objections:      October 9, 2008

    Final Report:             October 16, 2008

    Sentencing Memorandum:    October 23, 2008

    Judgment & Sentencing:    October 30, 2008

///

///

-1-

Dated: September 11, 2008          Respectfully submitted,


                                           __/s/ Shari Rusk___
                                           Shari Rusk
                                           Attorney for Defendant
                                           Jasmin Butts


                                           /s/ Kyle Reardon
                                           Assistant United States Attorney


**ORDER**

    IT IS SO ORDERED.  The judgment and sentencing in this matter shall be set for October 30, 2008.

DATED: September 15, 2008

                                       _____
                                       MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE